McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOHN HOUSTON HULBERT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00623-SKO<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)<br><br>(Doc. 11) |

IT IS HEREBY STIPULATED, by and between plaintiff John Houston Hulbert (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Commissioner), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence six</u> of 42 U.S.C. § 405(g).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stipulation and Order
1:21-cv-00623-SKO

Under sentence six of 42 U.S.C. § 405(g), the Court may remand on motion of the Commissioner of Social Security made for good cause shown.  Here, good cause exists for remand because the recording of Plaintiff's telephonic hearing held on September 4, 2020 has technical problems that affect the transcription.  Thus, there was not a proper recording of the hearing, resulting in an incomplete administrative record.  Upon remand, the Appeals Council will instruct the administrative law judge to offer Plaintiff the opportunity for a new hearing and to issue a new decision.

                                              Respectfully submitted,

Dated: September 30, 2021        PENA & BROMBERG, PLC

                                        By:*/s/ Jonathan O. Pena\**
                                            JONATHAN O. PENA
                                            Attorneys for Plaintiff
                                            [\*As authorized by e-mail on Sept. 30, 2021]

Dated:  October 1, 2021            McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            By:*/s/ Margaret Branick-Abilla*
                                            MARGARET BRANICK-ABILLA
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

2

Stipulation and Order
1:21-cv-00623-SKO

**<u>ORDER</u>**

Based on the parties' above stipulation (Doc. 11), and for good cause shown,

IT IS HEREBY ORDERED that this action is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)).

The Clerk of Court is DIRECTED to administratively close the case. The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed.

IT IS SO ORDERED.

Dated:     **October 1, 2021**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE