ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUSTON HULBERT,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 1:21-cv-00623-SKO<br><br>STIPULATION TO REOPEN CASE AND SET BRIEFING SCHEDULE; ORDER<br><br>(Doc. 14) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this Court reopen this case and set a briefing schedule.  In support of this stipulation, the parties state:

Plaintiff instituted this civil action to appeal an adverse decision of the Commissioner denying his applications for Disability Insurance Benefits and Supplemental Security Income benefits under Titles II and XVI of the Social Security Act.  On October 4, 2021, the Court remanded this case to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g) (ECF no. 13).

After a sentence six remand, the Commissioner is statutorily required to return to the district court and file "any such additional and modified findings of fact and decision . . . ." 42 U.S.C. § 405(g); *see also Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) (explaining that a district court retains jurisdiction over Social Security cases remanded under 42 U.S.C. § 405(g), sentence six, and where the final administrative decision is not fully favorable to the claimant, the Commissioner must return to court after completion of the administrative proceedings, inform the Court of his findings of fact and decision, and file a transcript of the administrative record).  The Commissioner now returns to this Court to report that the post-remand administrative proceedings have concluded.

On remand, the Commissioner, through an administrative law judge (ALJ), issued an unfavorable decision dated December 31, 2025 finding Plaintiff not disabled.  The time has expired for Plaintiff to file exceptions to the ALJ's decision and for the Appeals Council to review the case on its own motion.  20 C.F.R. §§ 404.984, 416.1484.  Accordingly, administrative proceedings are complete, and this case is ready for further district court proceedings.  *See Carrol v. Sullivan*, 802 F. Supp. 295, 300 (C.D. Cal. 1992) ("[A] sentence six remand, because of clear language in the social security statute, implies and necessarily involves a reservation of jurisdiction for the future and contemplates further proceedings in the district court and a final judgment at the conclusion thereof.") (paraphrasing and quoting *Melkonyan*).

The parties therefore request that the Court reopen this case to resolve its sentence six jurisdiction.  The parties respectfully request that the Court set the following briefing schedule

for Plaintiff's challenge to the Commissioner's unfavorable decision:

- Within 14 days of the entry of the Court's order on this stipulation, Defendant will file the Certified Administrative Record ("CAR");

- Within 30 days after service of the CAR, Plaintiff will file an opening brief;

- Within 30 days after service of Plaintiff's brief, Defendant will file a responsive brief; and

- Within 14 days after service of Defendant's brief, Plaintiff may file an optional reply brief.

Respectfully submitted,

Dated: June 15, 2026                    PENA AND BROMBERG, PC

By:*/s/ Jonathan Pena*_____
                                        JONATHAN PENA
                                        Attorneys for Plaintiff
                                        [*As authorized by e-mail on Jun. 15, 2026]


Dated: June 16, 2026                    ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration | Law & Policy

By:     */s/ Margaret Branick-Abilla*_____
                                        MARGARET BRANICK-ABILLA
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation to reopen this case and set a briefing schedule following remand under the sixth sentence of 42 U.S.C. § 405(g) (Doc. 14), the Court hereby ORDERS that:

- The case is reopened;

- The Certified Administrative Record ("CAR") is due within 14 days of the entry of this Order;

- Plaintiff's Opening Brief is due within 30 days of the date the CAR is filed;

- Defendant's Responsive Brief is due within 30 days of the date the Opening Brief is filed; and

- Plaintiff's Optional Reply Brief is due within 14 days of the date the response is filed.

IT IS SO ORDERED.

Dated:   **June 16, 2026**          /s/ *Sheila K. Oberto*
                       UNITED STATES MAGISTRATE JUDGE